CORRECTED ORDER

NOTE: This order is nonprecedential

# United States Court of Appeals for the Federal Circuit

---

**MIDTRONICS, INC.,**
*Plaintiff-Appellee,*

v.

**AURORA PERFORMANCE PRODUCTS LLC (DOING BUSINESS AS ARGUS ANALYZERS) AND BPPOWER, INC.,**
*Defendants-Appellants.*

---

2011-1589

---

Appeal from the United States District Court for the Northern District of Illinois in case no. 06-CV-3917, Judge Milton I. Shadur.

---

**ON MOTION**

---

**O R D E R**

The parties jointly move to stay the briefing schedule pending district court action below, or in the alternative,

for a 60-day extension of time for Aurora Performance Products LLC to file its principal brief.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)  The motion to stay the briefing schedule is denied.

(2)  The motion for an extension of time is granted.

FOR THE COURT

NOV 16 2011
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Craig M. Scott, Esq.
     James R. Burdett, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 15 2011

JAN HORBALY
CLERK